UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

GRIFFIN ALLEN ATTABERRY &
KIMBERLY JOINER ATTABERRY, DEBTOR : CHAPTER 13


# CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) or the debtor's (s') employer shall pay to the trustee the sum of $1,150.00 per bi-weekly pursuant to Employer Deduction Order issued to husband's employer.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fees as set by the United States Trustee.

(b) The following payments will be made on the following long-term debts: (payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the first pre-petition arrearage claim.)

| Name of Creditor | Month of 1st Pmt under Plan | Mo. Pmt. Amt. |
|---|---|---|
| Bank of America | April 1, 2011 | $1,157.78 |

(c) Preconfirmation adequate payments will be made to the following creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| Name of Creditor | Adequate Protection Amt. |
|---|---|
| American Honda Finance Corp. | $125.00 |
| Badcocks | $25.00 |
| TNC Finance, Inc. | $25.00 |

(d) Attorney fees ordered pursuant to 11 U.S.C. Section 507(a)(2) and Amended Administrative Order entered August 17, 2007 of $2,500.00.

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| Name of Creditor | Amt. Due | Value | Int. Rate | Collateral | Mo. Pmt. |
|---|---|---|---|---|---|
| American Honda Fin. Corp. | $35,948.00 | 910 claim | 4.5 | 2010 Honda Pilot | $750.00 |
| Badcocks | $900.00 | Debt | 4.5 | Bedroom Furniture | $75.00 |
| TNC Finance, Inc. | $2,562.00 | 910 claim | 4.5 | Kirby Vacuum Cleaner | $87.00 |

(f)     After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| Name of Creditor | Est.Amt. Due | Value | Int. Rate | Collateral |
|---|---|---|---|---|
| Bank of America | $8,000.00 | Debt | 0.0 | Residence |

(g)     The following collateral is surrendered to the creditor:

| Name of Creditor | Description of Collateral |
|---|---|
| Ford Motor Credit Co. | 2010 Ford F250 4x4 Truck |

(h)     The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest a the rate of 0%. Interest can only be included if the plan is proposing to pay all claims in full.)

| Name of Creditor | Payment Amount |
|---|---|
| None | |

(i)     The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of secured debts.

(j)     All other 11 U.S.C. Section 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as finds become available in the order specified by law.

(k)     The debtor(s) will be the disbursing agent on the following debts:  Oconee State Bank beginning February 15, 2011; U.S. Department of Education beginning February 28, 2011.

(l)     Other Provisions:  None

(m)     General unsecured creditors whose claims are duly proven and allowed will be paid 1) 100% or a pro rata share of $103,140.00, whichever is greater.

Date:   January 28, 2011

            /s/   Griffin Allen Attaberry
Debtor_____
         GRIFFIN ALLEN ATTABERRY

Debtor /s/ Kimberly Joiner Attaberry

            _____
            KIMBERLY JOINER ATTABERRY